### 13387. HARRISON *v.* THE STATE.

BROYLES, C. J. 1. After correctly instructing the jury as to the law in reference to the defendant's statement, it was not error in that connection to charge: "remembering that he is not under oath nor subject to the penalties incident to a sworn witness." *Ryals* v. *State,* 125 *Ga.* 266 (54 S. E. 168), and citation. See also *Norman* v. *State,* 28 *Ga. App.* 561 (112 S. E. 293).

2. The verdict was amply authorized by the evidence, and the court did not err in overruling the motion for a new trial.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED MAY 9, 1922.

Indictment for possessing liquor; from Lincoln superior court — Judge Shurley. January 13, 1922.

*Hugh E. Combs, C. J. Perryman, A. R. Williamson,* for plaintiff in error.

*M. L. Felts, solicitor-general,* contra.